IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY PRIDE,

    Plaintiff,

v.                            CASE NO. 4:14-cv-61-MW/CAS

MORRIS YOUNG, in his official
capacity as Sheriff of Gadsden
County, Florida, and BUCK HOLT,
individually,

    Defendants.

_____/

## ORDER GRANTING MOTION TO ADD AND DROP
## PARTIES AND REFORM CASE STYLE

This Court has considered, without hearing, the Defendant's Unopposed Motion to Add and Drop Parties and Reform/Correct Case Style and Docket, ECF No. 4, filed February 6, 2014. The motion is **GRANTED.** William Buckhalt shall be substituted for the Defendant Buck Holt. The parties shall correct the case style in their future filings. The Clerk shall accordingly reflect the change on its docket.

**SO ORDERED on February 6, 2014.**

                                              s/Mark E. Walker         
                                              **United States District Judge**