IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY PRIDE,

      Plaintiff,

v.                            CASE NO. 4:14-cv-61-MW/CAS

MORRIS YOUNG, in his official
capacity as Sheriff of Gadsden
County, Florida; and
WILLIAM BUCKHALT,
Individually,

      Defendants.

_____/

## ORDER GRANTING LEAVE TO TAKE DEPOSITION OF PRISONER

This Court has considered, without hearing, the unopposed Motion for Leave to Take Deposition of Prisoner, ECF No. 10, filed April 15, 2014. The motion is **GRANTED**. The parties may depose Plaintiff, Anthony Pride, at the Northwest Florida Reception Center, or other facility of imprisonment, at a time and under such conditions acceptable to the authorities responsible for Mr. Pride's custody.

SO ORDERED on April 15, 2014.

                                                      **s/Mark E. Walker**
                                                      **United States District Judge**